United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD JONES,

Petitioner,

v.

JAMES WALKER, Warden,

Respondent.

No. C 08-3409 CW

ORDER TO SHOW CAUSE

Petitioner, incarcerated at California State Prison, Sacramento in Represa, California, has filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Good cause appearing, the Court hereby issues the following orders:

Respondent shall file with this Court and serve upon Petitioner and Petitioner’s counsel, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, 28 U.S.C. foll. § 2254, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer a copy of all portions of the state trial record that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.

If Petitioner wishes to respond to the answer, he

United States District Court
For the Northern District of California

shall do so by filing a traverse with the Court and serving it upon Respondent within thirty (30) days of his receipt of the answer.

IT IS SO ORDERED.

DATED: 8/26/08



CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DONALD JONES,

Plaintiff,

v.

JAMES WALKER et al,

Defendant.

Case Number: CV08-03409 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 26, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Walker, Warden
P.O. Box 290002
Represa, CA 95671-002

Attorney General
State of California
455 Golden Gate Avenue, #11000
San Francisco, CA 94102

Dated: August 26, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk