IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JONES,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES WALKER,<br><br>    Respondent._____/ | No. 08-03409 CW<br><br>(COA No. 09-16906)<br><br>ORDER REFERRING CASE TO THE FEDERAL PUBLIC DEFENDER FOR APPOINTMENT OF COUNSEL |

    Pursuant to the attached Order filed November 4, 2009, from the United States Court of Appeals for the Ninth Circuit,

    IT IS HEREBY ORDERED that the above-captioned case is referred to the Federal Public Defender for appointment of counsel.

Dated  11/10/09

_/s/ Claudia Wilken_
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DONALD JONES,

        Plaintiff,

  v.

JAMES WALKER et al,

        Defendant.
                                      /

Case Number: CV08-03409 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Federal Public Defender
450 Golden Gate Avenue, 19th Floor
San Francisco, CA  94102

Dated: November 10, 2009

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk